UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alyssa S. Crichlow,

                Plaintiff,

-against-

J.B. Hunt Transport Services Inc. et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/11/2022

1:21-cv-07488 (LAK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The parties shall file a joint letter regarding the status of discovery on September 29, 2022.

**SO ORDERED.**

Dated:    New York, New York
            August 11, 2022

_____
STEWART D. AARON
United States Magistrate Judge