UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alyssa S. Crichlow,

                  Plaintiff,

-against-

J.B. Hunt Transport Services Inc. et al.,

                  Defendants.

1:21-cv-07488 (LAK) (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/02/2022

**STEWART D. AARON, United States Magistrate Judge:**

No later than November 9, 2022, the parties shall file a joint letter regarding the status of expert discovery.

The Court notes that fact discovery closed on October 31, 2022, and the parties failed to file a joint letter regarding the status of discovery on September 29, 2022, as required by the Court's August 11, 2022 Order (ECF No. 13.)

**SO ORDERED.**

Dated:      New York, New York
             November 2, 2022

_____
STEWART D. AARON
United States Magistrate Judge